**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| **v.** | : | |
| **CHRISTOPHER DOUGLAS FINNEY,** | : | **MAGISTRATE NO. 24-MJ-41 (GMH)** |
| **Defendant.** | : | **VIOLATION:** |
| | : | **18 U.S.C. § 231(a)(1) (Civil Disorder)** |

### I N F O R M A T I O N

The United States Attorney charges that at all relevant times:

### COUNT ONE

On or about January 6, 2021, within the District of Columbia, **CHRISTOPHER DOUGLAS FINNEY**, committed and attempted to commit an act to obstruct, impede, and interfere with a law enforcement officers, lawfully engaged in the lawful performance of their official duties incident to and during the commission of a civil disorder which in any way and degree obstructed, delayed, and adversely affected commerce and the movement of any article and commodity in commerce and the conduct and performance of any federally protected function.

**(Civil Disorder**, in violation of Title 18, United States Code, Section 231(a)(3))

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:     s/*Karen Rochlin*
Karen Rochlin
Bar No. 394447
Assistant United States Attorney, Detailee
District of Columbia
601 D Street, N.W.
Washington, DC 20530