UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No.: ~~24-MJ-0041 (GMH)~~ 24-CR-430 |
| v. | 18 U.S.C. § 231(a)(3) (Civil Disorder) |
| **CHRISTOPER DOUGLAS FINNEY,** | |
| Defendant. | |

### STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Christopher Douglas Finney, with the concurrence of the defendant's attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

### *The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2. On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public.

3. On January 6, 2021, a joint session of the United States Congress convened at the Capitol. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday,

November 3, 2020. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside. By shortly after 1:00 PM, the situation at the Capitol had become a civil disorder as that term is used in Title 18, United States Code, Section 231, and throughout the rest of the afternoon the civil disorder obstructed the Secret Service's ability to perform the federally protected function of protecting Vice President Pence.

5. At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. Officers with the D.C. Metropolitan Police Department were called to assist officers of the USCP who were then engaged in the performance of their official duties. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6. At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows

and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $2.9 million dollars for repairs.

7. Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *The Defendant's Participation in the January 6, 2021, Capitol Riot*

8. Christopher Douglas Finney (hereinafter "Finney") traveled from his home in New York State to attend a rally in Washington, D.C. on January 6, 2021.

9. While waiting near the Washington Monument for the rally to begin, Finney recorded himself asking, "what's the building where they're doing the counting at?" and after receiving an answer, stating, "we're going up to the Capitol, eventually. We're gonna storm the Capitol. They're not gonna keep us outta there. We're gonna make sure that this is done correct and that Donald Trump is still our president." When he made the recording, Finney was wearing plastic goggles with a red border and a protective plate carrier vest with pouches containing white

plastic flex cuffs and a silver cannister similar to a container for chemical spray. Before leaving the area near the Monument, Finney repeated, "We're gonna storm the Capitol. We're gonna do this correct. We're not gonna back down, stand down, we the people will not be silent anymore." Finney was also recorded wearing a knife in a holster on his right hip.

10. At approximately 12:49 p.m., using a megaphone, Finney addressed a crowd near the Grant Memorial, just outside the fenced boundary of the Capitol's restricted area. Signs along the fencing stated "AREA CLOSED" in red letters. Minutes later, the first breach of the Capitol grounds occurred a short distance to the north on the Pennsylvania Avenue Walkway near the Peace Circle Monument.

11. After observing the breach, Finney recorded himself stating, "As you can see, we have many many many people, *millions of people,* storming the lawn right now to the Capitol building. We started tearing down the fence; this is all fence right here as you can see. We're going in there. Let's go."

12. As a mob to his north surged forward on the Pennsylvania Avenue Walkway, Finney breached fencing that still displayed "AREA CLOSED" signs and crossed onto the Capitol's West Lawn where he gestured to the crowd to follow him. Finney recorded his approach to the Capitol building across the lawn and as he scaled a wall.

13. Finney then made a series of recordings once he arrived at the Capitol's West Plaza, expressing outrage at police officers' use of pepper spray and flash grenades. While recording, he noted "the riot squad coming down" and stated that officers were "trying to disperse us."

14. Finney remained near the Capitol's West Front, moving from scaffolding at its southwest corner to covered scaffolding above the northwest steps. As Finney approached, other rioters tore the white canvas covering the scaffolding, and one then shouted, "The wall is

breached!" Finney shouted to others to "watch out for the mace" and "I think we have people in" before breaching and climbing the steps.

15. As Finney ascended, he recorded a line of police officers at the top of the steps who attempted to keep the crowd from reaching the Capitol's Upper West Terrace. With the police line in view, Finney stated, "We're makin' it in. They can't stop it. We will not back down, we will not be scared! We the people will not be stopped; we will not be stopped!" After rioters above Finney breached the police line, Finney and others surged past dislocated barriers into the Upper West Terrace's Northwest Courtyard and approached the Senate Wing Doors. During his approach, Finney stated, "We've done it! We are here! We have made it; we have made it to the Capitol." Finney was present when the Senate Wing Doors were damaged and breached.

16. At approximately 2:14 p.m., Finney entered the Capitol building through the Senate Wing Doors. He turned north, encountered police officers, and then hastily retreated, climbing out of a broken window. Once outside, Finney shouted angrily that "they" were "shooting patriots" inside the Capitol building. Then Finney re-entered the building through the Senate Wing Doors.

17. After re-entering, Finney turned south, walking into a conference room, proceeding through the Crypt and the OAP (Office the of the Attending Physician) corridor, and eventually exiting from the Capitol through the Memorial Doors on its east side. Once outside, Finney commented that "From what I heard, Biden was certified; that's bullshit. We're not going to allow it. So, I love you guys. We're gonna keep on fighting. We're here. We're not gonna give up. Be safe, everyone."

18. Finney eventually arrived at the Capitol's Lower West Terrace, where he joined other rioters, including several carrying makeshift weapons, outside of the Lower West Terrace exit (a location often referred to as "the tunnel"). Rioters were struggling to forcibly breach a

police line preventing the mob from accessing the Capitol's interior. One rioter yelled, "Push, push, push," and Finney responded by joining a crowd in a group push against the police line. The force from the group push reached officers in and behind the first line of officers, while rioters at the front of the group push made direct physical contact with officers at the front of the police line. While Finney and others pushed, an individual in the crowd threw a device emitting smoke at the police line. As the area filled with smoke, Finney and others retreated.

19. Finney remained on the Lower West Terrace, watching and recording as other rioters violently attacked officers defending the Lower West Terrace exit. He remained within the Capitol's restricted perimeter until after dark.

20. Finney's conduct on January 6, 2021 was part of a civil disorder that obstructed, delayed, or adversely affected commerce or the movement of any article or commodity in commerce, because as a result of the riot the mayor of the District of Columbia had to institute a curfew at 6:00 p.m. that day, which resulted in the interrupted delivery of goods and the closure of commercial businesses, causing substantially reduced sales. The civil disorder affected a federally protected function in that a joint session of Congress to certify the presidential election had to be halted, and because the civil disorder obstructed Secret Service's ability to perform the federally protected function of protecting Vice President Pence.

### *Elements of the Offense*

21. The parties agree that Title 18, United States Code, Section 231(a)(3) requires the following elements:

> First, the defendant knowingly committed an act with the intended purpose of obstructing, impeding, or interfering with one or more law enforcement officers.
>
> Second, at the time of the defendant's act, the law enforcement officers were engaged in the lawful performance of their official duties incident to and during a civil disorder.

Third, the civil disorder in any way or degree obstructed, delayed, or adversely affected commerce or the movement of any article or commodity in commerce, or the conduct or performance of any federally protected function.

### *Defendant's Acknowledgments*

22.  The defendant knowingly and voluntarily admits to all the elements as set forth above. Specifically, the defendant admits that he committed an act with the intended purpose of obstructing, impeding, or interfering with one or more law enforcement officers; the law enforcement officers were engaged in the lawful performance of their official duties incident to and during a civil disorder; and the civil disorder in any way or degree obstructed, delayed, or adversely affected commerce or the movement of any article or commodity in commerce or the conduct or performance of any federally protected function.

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052

By:   s/ Karen Rochlin
        Karen Rochlin
        D.C. Bar No. 394447
        Assistant United States Attorney, Detailee
        99 N.E. 4th Street
        Miami, Florida 33132
        Karen.rochlin@usdoj.gov
        (786) 972-9045

## DEFENDANT'S ACKNOWLEDGMENT

I, Christopher Douglas Finney, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 10/18/2024

Christopher Douglas Finney
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 10/18/2024

Christopher Macchiaroli, Esq.
Attorney for Defendant