**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | No. 24-cr-430-TNM |
| : | |
| CHRISTOPHER DOUGLAS FINNEY, : | |
| : | |
| Defendant. : | |

**DEFENDANT'S RESPONSE TO THE GOVERNMENT'S MOTION TO DISMISS**

Defendant, Christopher Douglas Finney, through his undersigned counsel, hereby notifies the Court that Mr. Finney *consents* to the Government's pending motion to dismiss (D.E. 40).

Dated: January 22, 2025

Respectfully submitted,

SILVERMAN|THOMPSON|SLUTKIN|WHITE, LLC

/s/ Christopher Macchiaroli
Christopher Macchiaroli (D.C. Bar No. 491825)
1775 I Street, NW, Suite 1150
Washington, D.C. 20006
Telephone: (202) 539-2444
Facsimile:  (410) 547-2432
Email: cmacchiaroli@silvermanthompson.com

*Counsel for Defendant Christopher Finney*